UNITED STATES of America,
Plaintiff—Appellee,

v.

Matthew Andrew KEY, Defendant—Appellant.

No. 05–3062.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 15, 2006.

Decided: March 31, 2006.

C. Douglas Shull, U.S. Attorney's Office, Jefferson City, MO, for Plaintiff–Appellee.

Matthew Andrew Key, Fulton, MO, pro se.

Troy K. Stabenow, Federal Public Defender's Office, Jefferson City, MO, for Defendant–Appellant.

Before RILEY, HEANEY, and MELLOY, Circuit Judges.

PER CURIAM.

Matthew Andrew Key pled guilty to possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1).

He received a sentence of 262 months and brought a timely appeal of his sentence. Following oral argument, Key filed a motion for remand, alleging that the trial court committed plain error when it found him to be a career offender for purposes of United States Sentencing Guidelines § 4B1.1. In response, the government conceded that one of the convictions used to qualify Key as a career offender, his 1997 Missouri conviction for Trafficking Drugs, Second Degree, does not satisfy the requirements of U.S.S.G. § 4B1.2(b). Therefore, Key does not have "at least two prior felony convictions of either a crime of violence or a controlled substance offense," and Key does not qualify as a career offender for purposes of U.S.S.G. § 4B1.1.

Accordingly, we vacate Key's sentence and remand for resentencing.